# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY PLANT, | Case No. 2:19-cv-00216-GMN-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| FRANKLIN MADISON GROUP, | |
| Defendant. | |

On February 11, 2019, the court entered an order denying plaintiff Gary Plant's application to proceed *in forma pauperis*. (Order (ECF No. 3).) Plaintiff was ordered to pay the $400.00 filing fee or file a complete application by March 8, 2019. (*Id.*) To date, plaintiff has not paid the $400.00 filing fee nor filed a new application. Thus, it appears plaintiff has abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff's case be DISMISSED without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 8, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE